■ Stanley Urbanski, Respondent, v Charles R. Haines et al., Appellants. — Order, Supreme Court, New York County (Maresca, J.), entered on February 8, 1982, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on November 6, 1981 is dismissed as having been subsumed in the appeal from the order of February 8, 1982, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Markewich and Silverman, JJ.